UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 22-1048 |
| v. | : | CRIMINAL ACTION |
| Joshlynn Perez | : | ORDER OF RELEASE |

The Court orders the defendant, Joshlynn Perez, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

/s/ Joshlynn Perez
DEFENDANT

03/03/2022
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

3/3/22
DATE